IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| RONALD J. HAMILTON, JR. | * | |
| ADC #133523 | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | No. 5:13CV00230-SWW-JJV |
| | * | |
| RICKY OWENS; et al. | * | |
| | * | |
| Defendants. | * | |

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion for Summary Judgment (Doc. No. 51) is GRANTED.

2. The Complaint (Doc. No. 2) is dismissed with prejudice.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

SO ORDERED this 29th day of July, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE