# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | | |
|---|---|---|
| RONALD J. HAMILTON, JR. <br> ADC #133523 | * <br> * <br> * | |
| Plaintiff, | * | |
| v. | * | No. 5:13CV00230-SWW-JJV |
| | * | |
| RICKY OWENS; et al. | * | |
| | * | |
| Defendants. | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

SO ORDERED this 29th day of July, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE